DAVID T. WEI (230729)
AXCEL LAW PARTNERS
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone          415-704-8800
Facsimile          415-704-8804
Email              litigation@ax-law.com


ATTORNEYS for DEFENDANT SPECTRUM FIVE LLC


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NematicITO, Inc., a Delaware corporation; Dedi Haziza, an individual, Plaintiffs, v. SPECTRUM FIVE LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, Defendant | Case No.: 16-cv-01859-RS **DECLARATION OF DAVID WEI OPPOSING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS** Hearing Date: June 16, 2016 Time: 1:30 PM Courtroom 3, 17th Floor Honorable Richard G. Seeborg |
| SPECTRUM FIVE LLC, a Delaware Limited Liability Company Counter-plaintiff, v. NematicITO, Inc., a Delaware corporation; Dedi Haziza, an individual, and DOES 1-10, inclusive, Counter-defendants. | |

I, David Wei, state and declare as follows:

1.      I am an attorney with the firm of Axcel Law Partners, attorneys of record for Defendant Spectrum Five LLC in this matter.

2.      I have personal knowledge of the following facts, and if called and sworn as a witness, I could and would testify competently thereto.

1

3.      All exhibits referenced herein refer to those attached to Defendant Spectrum Five LLC's Opposition to Plaintiffs' Motion to Dismiss (Dkt. #15) filed with the Court on May 12, 2016.

4.      Attached as **Exhibit A** is a correct and true copy of the Technology licensing and Development Agreement between Spectrum Five and NematicITO.

5.      Attached as **Exhibit B** is a correct and true copy of the state court Complaint filed in this action.

6.      Attached as **Exhibit C** is a correct and true copy of relevant excerpts from Plaintiff Dedi Haziza's Responses to Defendant Spectrum Five LLC's Requests for Admission (Set One), served on Spectrum Five in this matter.

7.      Attached as **Exhibit D** is a correct and true copy of Defendant Spectrum Five LLC's First Amended Answer and Cross-Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on May 19, 2016.

David Wei

**Axcel Law Partners**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
www.ax-law.com

2