DAVID T. WEI (230729)
AXCEL LAW PARTNERS
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone	415-704-8800
Facsimile	415-704-8804
Email	litigation@ax-law.com

ATTORNEYS for DEFENDANT SPECTRUM FIVE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NematicITO, Inc., a Delaware corporation; Dedi Haziza, an individual,<br>Plaintiffs,<br>v.<br>SPECTRUM FIVE LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br>Defendant | Case No.: 16-cv-01859-RS<br><br>**STIPULATION [~~AND PROPOSED~~ ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Hearing Date: July 21, 2016<br>Time: 10:00 AM<br>Courtroom 4, 17th Floor<br>Honorable Richard Seeborg |
| SPECTRUM FIVE LLC, a Delaware Limited Liability Company<br>Counter-plaintiff,<br>v.<br>NematicITO, Inc., a Delaware corporation; Dedi Haziza, an individual, and DOES 1-10, inclusive,<br>Counter-defendants. | |

Plaintiffs NematicITO, Inc. and Dedi Haziza and Defendant Spectrum Five LLC (collectively, the "Parties"), by and through their respective counsel, jointly submit this Stipulation.

## STIPULATION

WHEREAS the Court ordered a Case Management Conference, currently scheduled for July 21, 2016 at 10:00am;

WHEREAS counsel for Spectrum Five has a scheduling conflict on that date;

WHEREAS the Parties' counsel met and conferred and checked with the Court's scheduling clerk as to available alternate dates and times;

WHEREAS the Parties' consent to this Stipulation has been obtained pursuant to Civil L.R. 5-1(i)(3); and

**WHEREFORE** the Parties agree and request that the Court:

- Continue the Case Management Conference to **August 11, 2016 at 10:00 AM**. The Case Management Statement shall be due August 4, 2016.

**IT IS SO STIPULATED:**

Dated: June 2, 2016

DAVEGA FISHER MECHTENBERG LLP

*/s/ Matthew Fisher*
Matthew Fisher
Attorneys for Plaintiffs NematicITO, Inc. and Dedi Haziza

Dated: June 2, 2016

AXCEL LAW PARTNERS

*/s/David Wei*
David Wei
Attorney for Defendant Spectrum Five LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 6, 2016

United States District Judge

2